***United States District Court for the Northern District of Illinois***

Case Number: 01cr475-7

Assigned/Issued By: RC

Judge Name: Lefkow

Designated Magistrate Judge: BOBRICK

**FEE INFORMATION**

***Amount Due:***

☐ $400.00 ☐ $46.00 ☐ $5.00

☐ IFP ☐ No Fee ☐ Other ____________

☐ $505.00

Number of Service Copies ___________ Date: _____________________

(For Use by Fiscal Department Only)

Amount Paid: __________________ Receipt #: _________________

Date Payment Rec'd: ____________ Fiscal Clerk: _______________

**ISSUANCES**

☐ Summons

☐ Third Party Summons

☐ Non Wage Garnishment Summons

☐ Wage-Deduction Garnishment Summons

☑ Citation to Discover Assets

☐ Writ ______________________

(Type of Writ)

☐ Alias Summons

☐ Lis Pendens

☐ Abstract of Judgment

__________________________

__________________________

(Victim, Against and $ Amount)

1 Original and 1 copies on 04/09/2019 as to Third Party:

(Date)

Matthew Giralamo

No Notice Filed